37 F.3d 1487
 Kramer (Mary Anne)
v.
University of Pittsburgh, Board of Trustees of University of
Pittsburgh, Marous (John C.), Posvar (Wesley W.), Henderson
(Donald), Baranger (Elizabeth U.), Adovasio (James),
Plotnicov (Leonard), Brown (L. Keith), Boster (James S.),
Strathern (Andrew J.), Jane & John Does 1-40, Others in
Anthropology Department, Wolfe (C. Holmes), Freeman (Jack),
Popper (Lewis M.), Koehler (Peter F.M.), Kaufman (Terence),
Frampton (Elaine)
 NO. 94-3028
 United States Court of Appeals,
Third Circuit.
 Aug 11, 1994
 
 Appeal From: W.D.Pa.,
 Diamond, J.
 
 
 1
 AFFIRMED.